IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 109-145 |
| | ) | |
| THE PEP BOYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Although the Court concurs that this case is due to be dismissed for failure to timely effect service, the Court declines to dismiss the case with prejudice. The Magistrate Judge explained that there is a 90-day statute of limitations for Title VII cases such as this one, but also explained that in the Eleventh Circuit, that 90-day period may be equitably tolled. (Doc. no. 8, p. 4 & n.4.) While the Magistrate Judge preemptively concluded that equitable tolling would not apply should Plaintiff attempt to re-file this case, this Court declines to do so in the absence of any argument on the matter from Plaintiff. Stated otherwise, although it is clear that this case is due to be dismissed for failure to timely effect service, this Court will dismiss the case without prejudice so that Plaintiff, should he decide to attempt to bring his case again, will have the opportunity to make any applicable arguments for equitable tolling. Bost v. Fed. Express Corp., 372 F.3d 1233, 1242 (11th Cir. 2004).

Accordingly, the Report and Recommendation of the Magistrate Judge, as modified herein, is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to timely effect service.

SO ORDERED this 23rd day of August, 2010, at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE